

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

---

No. 08-25-00286-CV

---

Azieb Anderson, Appellant

v.

Secretary of the US Department of Veterans Affairs,
an Officer of the United States, Appellee

---

On Appeal from the County Court at Law No 1
Bell County, Texas
Trial Court No. 24CCV1328

---

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for failure to comply with a requirement of the rules of procedure or a court order. Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal when a party "failed

to comply with a requirement of these rules, a court order, or a notice from the clerk requiring a response or other action within a specified time").

Texas Rule of Appellate Procedure 32.1 requires that the docketing statement be filed "promptly upon filing the notice of appeal." Tex. R. App. P. 32.1. The Clerk of the Third Court of Appeals originally requested that Appellant, Azieb Anderson, file a docketing statement no later than October 13, 2025. After this appeal was transferred to this Court, the Clerk sent Anderson a second notice requesting that he file the docketing statement no later than November 7, 2025. Finally, on November 14, 2025, we ordered Anderson to file his docketing statement no later than November 24, 2025. Our order cautioned Anderson that failure to do so could result in the dismissal of his appeal.

As of the date of this memorandum opinion, Anderson has not complied with this Court's order. Accordingly, we dismiss the appeal. Tex. R. App. P. 42.3(c).

MARIA SALAS MENDOZA, Chief Justice

December 8, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

2